RECEIVED
IN MONROE, LA

FEB 1 6 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| SECURITY ALARM FINANCING ENTERPRISES, INC. | *    CIVIL ACTION NO. 05-0911 |
| | *    JUDGE JAMES |
| VERSUS | |
| | *    MAGISTRATE JUDGE HAYES |
| JAYNE GREEN | |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered,

together with the written objections thereto filed with this Court, and, after a *de novo* review of

the record, finding that the Magistrate Judge's Report and Recommendation is correct and that

judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the defendant's

Unopposed Motion for Summary Judgment (Document No. 13) is hereby **GRANTED**.

THUS DONE AND SIGNED this _16_ day of _February_____, 2006, in

Monroe, Louisiana.

_____

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION